| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 3 | Los Angeles, CA 90067-1721 |
| | Telephone: 310.788.9900 |
| 4 | Facsimile: 310.788.3399 |
| 5 | Lauren Watts Staniar, *pro hac vice* forthcoming |
| | LStaniar@perkinscoie.com |
| 6 | Jacob P. Dini, *pro hac vice* forthcoming |
| | JDini@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| 9 | Facsimile: 206.359.9000 |
| 10 | Attorneys for Plaintiff |
| | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 3:21-cv-07006 |
| Plaintiff, | **PLAINTIFF TWITCH INTERACTIVE, INC.'S CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| CRUZZCONTROL, an individual; CREATINEOVERDOSE, an individual, | **[Civil L.R. 3-15]** |
| Defendants. | |

153763988.1

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Amazon.com, Inc.: Financial interest in Plaintiff Twitch Interactive, Inc.

DATED: September 9, 2021

**PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
    Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
    Lauren Watts Staniar (*pro hac vice* forthcoming)
    LStaniar@perkinscoie.com
    Jacob P. Dini (*pro hac vice* forthcoming)
    JDini@perkinscoie.com

Attorneys for Plaintiff
Twitch Interactive, Inc.