| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 3 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 4 | Facsimile:  310.788.3399 |
| 5 | Lauren Watts Staniar, *pro hac vice* forthcoming |
| | LStaniar@perkinscoie.com |
| 6 | Jacob P. Dini, *pro hac vice* forthcoming |
| | JDini@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, WA 98101-3099 |
| | Telephone:  206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
| | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 3:21-cv-07006 |
| Plaintiff, | **PLAINTIFF TWITCH INTERACTIVE, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | **[Fed. R. Civ. P. 7.1]** |
| CRUZZCONTROL, an individual; CREATINEOVERDOSE, an individual, | |
| Defendants. | |

-1-

CORPORATE DISCLOSURE STATEMENT

153764083.1

1  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Twitch Interactive, Inc. states that
2  it is wholly owned by Amazon.com, Inc., a publicly traded company.

4  DATED:  September 9, 2021                **PERKINS COIE LLP**

6  By: */s/ Katherine M. Dugdale*
      Katherine M. Dugdale, Bar No. 168014
      KDugdale@perkinscoie.com
      Lauren Watts Staniar (*pro hac vice* forthcoming)
      LStaniar@perkinscoie.com
      Jacob P. Dini (*pro hac vice* forthcoming)
      JDini@perkinscoie.com

   Attorneys for Plaintiff
   Twitch Interactive, Inc.