UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CRUZZCONTROL, et al.,<br><br>  Defendants. | Case No.21-cv-07006-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 4, 2022 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due December 28, 2021 by 2:00 P.M.

Dated: September 27, 2021

> Susan Y. Soong
> Clerk, United States District Court
>
> By:_____
> Mauriona Lee, Deputy Clerk to the
> Honorable JON S. TIGAR
> 510-637-3530