Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TWITCH INTERACTIVE, INC.,

    Plaintiff(s),

  v.

CRUZZCONTROL, et al.,

    Defendant(s).

Case No: 3:21-cv-07006

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lauren Watts Staniar, an active member in good standing of the bar of Washington State Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Twitch Interactive, Inc. in the above-entitled action. My local co-counsel in this case is Katherine M. Dugdale, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 359-8000 | (310) 788-3200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lstaniar@perkinscoie.com | kdugdale@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48741.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/01/21

                                          Lauren Watts Staniar
                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren Watts Staniar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 48741 |
| OF | ) ) | **CERTIFICATE** |
| LAUREN ELIZABETH WATTS STANIAR | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | **GOOD STANDING** |

    I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

### LAUREN ELIZABETH WATTS STANIAR

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on February 5, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 22nd day of July, 2021.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court