Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
Jacob Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,<br><br>Defendants. | Case No. 4:21-cv-7006-JST<br><br>FIRST AMENDED COMPLAINT FOR:<br><br>(1) BREACH OF CONTRACT<br>(2) FRAUD IN THE INDUCEMENT<br><br><u>DEMAND FOR JURY TRIAL</u> |

## I.   INTRODUCTION

1.     Twitch Interactive, Inc. ("Twitch") is one of the world's leading services for content creators to stream content as part of a social, interactive community.  Each month, millions of people come together to create their own entertainment: live, never-to-be repeated experiences created by the magical interactions of the many.  In 2020, users watched over 1

trillion minutes of content, and Twitch.tv had 30 million average daily visitors.  Twitch's success is due in part to the measures it has taken to create a safe and accessible community for its millions of users.

2.      The safety of Twitch's community is its top priority.  For this reason, Twitch forbids harassment and threats on the Twitch Services.  Its Terms of Service prohibit users from creating, uploading, transmitting, or streaming any content that is unlawful, defamatory, obscene, pornographic, harassing, threatening, abusive, or otherwise objectionable.  As expressed in its Community Guidelines ("Guidelines"), Twitch does not tolerate hateful conduct and harassment. Twitch specifically bans "discrimination, denigration, harassment, or violence based on the following protected characteristics: *race, ethnicity, color, caste, national origin, immigration status, religion, sex, gender identity, sexual orientation, disability, serious medical condition, and veteran status*."  Twitch has "zero tolerance for hateful conduct . . . ."

3.      Beginning in or about August 2021, Defendants Chris Vostermans (aka "CruzzControl") and CreatineOverdose (collectively "Defendants") began flooding Twitch streamers with hateful content.  This type of targeted attack is known colloquially as a "hate raid."  These hate raids often target streamers from marginalized groups.  Defendants attack these streamers by flooding their chats with bot-powered Twitch accounts that spew racist, sexist, and homophobic language and content.

4.      Twitch took swift action against Defendants by suspending and eventually permanently banning Defendants' known Twitch accounts.  Defendants were undeterred.  They evaded Twitch's bans by creating new, alternate Twitch accounts, and continually altering their self-described "hate raid code" to avoid detection and suspension by Twitch.

5.      Defendants' actions seriously harmed and will continue to harm the Twitch community.  Streamers who were the victims of hate-raids experienced mental health issues, and

some have reported cutting back on streaming to avoid persistent harassment.[1]  Members of the community have called on Twitch to prevent the raids.

6.      Twitch expended significant resources investigating and banning Defendants, as well as implementing updated security measures intended to halt and prevent Defendants' unlawful actions.

7.      Despite these efforts, Defendants' actions are ongoing—they continue to promote and engage in hate raids.  If they are not stopped, Defendants will continue to harass and disrupt the Twitch community with hate raids.

8.      Twitch brings this action to end Defendants' unlawful, fraudulent and highly offensive activities, enforce its contracts with Defendants, and hold Defendants accountable.

## II.      JURISDICTION

9.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between Twitch and Defendants and the amount in controversy exceeds $75,000.

10.      Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district.  Defendants have repeatedly, knowingly, and intentionally accessed Twitch servers located in this district to undertake their unlawful activities.  While accessing Twitch servers, Defendants engaged in systematic and continuous contacts with this district and targeted their wrongful acts at Twitch, which is headquartered in this district.

[1] https://www.washingtonpost.com/video-games/2021/08/25/twitch-hate-raids-streamers-discord-cybersecurity/.

### III.   INTRADISTRICT ASSIGNMENT

11.    Assignment to the San Francisco Division or Oakland Division is proper under Local Civil Rule 3-2(d) because Twitch is located in San Francisco County, and the events described herein giving rise to this lawsuit took place primarily in San Francisco County.

### IV.   THE PARTIES

12.    Twitch is a Delaware corporation with its principal place of business in San Francisco.  Twitch operates the "Twitch Services," which are the website available at http://www.twitch.tv, and its network of websites, software applications, and any other products or services offered by Twitch.

13.    On information and belief, defendant Chris Vostermans, a Twitch user also known as CruzzControl, is an individual residing in Baarto, Netherlands.  Mr. Vostermans is responsible in whole or in part for the wrongful conduct alleged herein.  Mr. Vostermans operated and continues to operate accounts on the Twitch Services under aliases, including but not limited to CruzzControl, Zenobias_goat, bamiblok, lexfannr1, and nirger.  Mr. Vostermans' acts described in this Amended Complaint were intentionally directed toward Twitch within this judicial district, subjecting him to personal jurisdiction.

14.    On information and belief, the Twitch user CreatineOverdose is an individual residing in Vienna, Austria.  CreatineOverdose is responsible in whole or in part for the wrongful conduct alleged herein.  CreatineOverdose operated and continues to operate accounts on the Twitch Services under various aliases, including but not limited to CreatineOverdose, CreatineBanEvades, CreatineReturns, and CreatineReported.  CreatineOverdose's acts described in this Amended Complaint were intentionally directed toward Twitch within this judicial district, subjecting him to personal jurisdiction.  Twitch will amend this Complaint if and when it uncovers CreatineOverdose's legal name.

-4-

15.     Upon information and belief, each of the defendants was, at all times mentioned in this Amended Complaint, acting as the agent, employee, or alter ego of every other defendant, and in doing the things mentioned herein, was acting within the course and scope of such agency, employment, or other relationship and with full knowledge and consent of each of the other defendants.

## V.     FACTS

### A.     Twitch

16.     Twitch is a real-time streaming video service where community members gather to watch, play, and chat about shared interests—predominantly video games, sports, and creative arts.  Twitch was founded in 2011 and has been an Amazon subsidiary since 2014.

17.     On Twitch, streamers (those Twitch users who share live content on the service) pursue their interests to engage and entertain their viewers.  More than 7,000,000 unique streamers per month stream via Twitch's service.

18.     Streamers work extensively to create and foster authentic, passionate, and loyal communities on Twitch.  They do this in part by building an identity on Twitch outside of their work as a content creator.

19.     Twitch values the diversity of its community.  Twitch hosts millions of diverse individuals and has created programs to support creators of color and other individuals from marginalized groups.  For example, in May 2021 Twitch celebrated Asian & Pacific Islander Month to celebrate Asian & Pacific Islander creators from around the globe, spotlighting over 40 featured Asian & Pacific Islander creators and communities on Twitch and beyond.

20.     Twitch viewers and streamers use a chat function to communicate on Twitch.  Twitch chat is one of the Twitch Service's most popular features, and it is often integral in building a community around a Twitch channel or streamer.

21.     A streamer's "Stream Chat" panel is open any time that person is streaming on Twitch.  Community members post comments in the panel to encourage the streamer, provide support, and send Twitch-specific emojis.  Streamers can respond to messages in the chat.

22.     Streamers can set rules for their chats, and streamers frequently admonish participants not to use racist or offensive language.

23.     Users who only watch streams may, but are not required to, create an account on Twitch.  Streamers, however, must create an account.  And users who participate in Twitch's chat function are also required to create an account.

24.     Twitch provides streamers and developers with a variety of tools to bring streamers, viewers, and developers together on the Twitch service in new, engaging ways.  One such tool is the "Chatbot," in which developers can create programs that allow streamers to interact programmatically with their Twitch chat feed using preset standards.  For example, when a viewer types !dice into a streamers' chat, a simple chatbot created by a developer and used by the streamer may automatically respond by generating a number between 1-6.  Streamers can use chatbots for a variety of basic moderation tasks, including for example, automatically deleting messages in chats that contain links, solicit song requests from viewers, and organize in-chat games.

25.     But bots can also be used for nefarious, unauthorized purposes, despite Twitch's restrictions on such uses.  For example, a developer may create bot software designed to automatically spam a streamer's channel with thousands of messages in a short period of time, drowning out authentic conversation on the streamer's channel, or worse, promoting hateful or offensive content.

26.     Twitch forbids developers from "design[ing] bots that engage in offensive or deceptive practices (e.g., generate hate speech [or] send spam . . . .)."  And Twitch takes this

-6-

prohibition seriously, employing sophisticated methods to identify and stop unauthorized bot activity.

**B.      Twitch's Terms of Service and Community Guidelines**

27.      In order to create an account or otherwise use or access the Twitch Services or utilize the Twitch chat, a prospective user must agree to be bound by, among other things, Twitch's Terms of Service, Community Guidelines, and Twitch Developer Services Agreement (collectively, the "Terms").  Specifically, the Terms state: "The Terms of Service apply whether you are a user that registers an account with the Twitch Services or an unregistered user.  You agree that by clicking 'Sign Up' or otherwise registering, downloading, accessing or using the Twitch Services, you are entering into a legally binding agreement between you and Twitch regarding your use of the Twitch Services.  You acknowledge that you have read, understood, and agree to be bound by these Terms of Service."

28.      Twitch issues its users a limited, non-sublicensable license to access or use the Twitch Services for personal or internal business use only, provided that the user agrees to the Terms.  "Any use of the Twitch Services or the Materials except as specifically authorized in these Terms of Service, without the prior written permission of Twitch, is strictly prohibited and may violate intellectual property rights or other laws."

29.      The Terms explain that previously banned users may not access the Twitch Services: "The Twitch Services are also not available to any users previously removed from the Twitch Services by Twitch or to any persons barred from receiving them under the laws of the United States (such as its export and re-export restrictions and regulations) or applicable laws in any other jurisdiction."

30.     The Terms expressly prohibit anyone who accesses or uses the Twitch Services from harassing others on Twitch or posting racist, homophobic, violent, or otherwise harmful content.  Specifically, the Terms prohibit users from:

    a.  creating, uploading, transmitting, or distributing "any content that is inaccurate, unlawful, infringing, defamatory, obscene, pornographic, invasive of privacy or publicity rights, harassing, threatening, abusive, inflammatory, or otherwise objectionable";

    b.  "defam[ing], harass[ing], abus[ing], threaten[ing], or defraud[ing] users of the Twitch Services";

    c.  interfering with or damaging "operation of the Twitch Services or any user's enjoyment of them, by any means, including uploading or otherwise disseminating viruses, adware, spyware, worms, or other malicious code";

    d.  manipulating "identifiers in order to disguise the origin of any User Content transmitted through the Twitch Services";

    e.  "attempt[ing] to circumvent any content filtering techniques [Twitch] employ[s], or attempt to access any service or area of the Twitch Services that you are not authorized to access";

    f.  using "the Twitch Services for any illegal purpose, or in violation of any local, state, national, or international law or regulation, including, without limitation, laws governing intellectual property and other proprietary rights, data protection and privacy"; or

    g.  "design[ing] bots that engage in offensive or deceptive practices (*e.g.*, generate hate speech, send spam, offer false follows, etc.)."

31.     The Guidelines, as part of the Terms, govern activity on Twitch with the goal of "provid[ing] the best shared social video experience created by our growing community where creators and communities can interact safely."

32.     "To achieve this goal, [Twitch] asks that all users participate in such a way that promotes a friendly, positive experience for" the Twitch global community."

33.     The Guidelines state that Twitch does not tolerate racist, homophobic, xenophobic, or otherwise harassing content such as that at issue here.

34.     The Guidelines provide that "[h]ateful conduct and harassment are not allowed on Twitch.  Hateful content is any content or activity that promotes or encourages discrimination, denigration, harassment, or violence based on the following protected characteristics: *race, ethnicity, color, caste, national origin, immigration status, religion, sex, gender, gender identity, sexual orientation, disability, serious medical condition, and veteran status*."

35.     Under the Guidelines, "Twitch has zero tolerance for hateful conduct, meaning" Twitch acts "on every valid reported instance of hateful conduct."  Twitch "affords every user equal protections under this policy, regardless of their particular characteristics."

36.     The Guidelines state that "hostile raids" are a form of harassment, and expressly bans those raids on Twitch:  "Harassment has many manifestations, including stalking, personal attacks, promotion of physical harm, **hostile raids**, and malicious false report brigading." (emphasis added).

37.     Twitch explains in the Guidelines that it "will take action on all instances of hateful conduct and harassment, with an increasing severity of enforcement when the behavior is targeted, personal, graphic, or repeated/prolonged, incites further abuse, or involves threats of violence or coercion.  The most egregious violations may result in an indefinite suspension on the first offense."

-9-

38.     The Guidelines make clear that Twitch will punish offensive conduct:  "To protect the integrity of our community, as the provider of the service, we at Twitch reserve the right to suspend any account at any time for any conduct that we determine to be inappropriate or harmful.  Such actions may include:  removal of content, a strike on the account, and/or suspension of account(s)."

39.     Twitch's efforts do not end with the posting of its Terms.  Twitch employs a Trust and Safety team that operates around the clock and around the globe to investigate and act in connection with violations of the Terms.

40.     Twitch also invests in technologies and processes that address potential risks to user safety, with the aim to create the best possible experience for streamers and their audiences.  For example, Twitch has implemented a banned word list.  And streamers can automatically filter out unwanted messages in their chat using AutoMod, a Twitch proprietary tool.  Twitch also offers tools that streamers can deploy to block or ban users from their audience and report them to Twitch's safety operations team.

41.     Twitch continuously works to improve its ability to detect and act upon violations of the Terms and is continuing to invest in technologies to support this effort.

**C.     Defendants' Unlawful Activity**

42.     Beginning in or about August 2021, Defendants began coordinating attacks on Twitch's streamers by raiding their channels and spamming those communities with hate (referred to hereafter as "hate raids").  These hate raids were, in some cases, directed to streamers who identified themselves as racial minorities and/or members of the LGBTQ+ community.

43.     Defendants conduct the hate-raids by flooding a streamer's chat with hate-filled and obscene text, including racial slurs, personally identifying information, and malicious links (such as links to gore videos intended to shock/offend) over a short period of time.  Defendants

-10-

are able to do this through the use of fraudulently created "bot" accounts, which are created for the sole purposes of launching large scale, automated attacks against Twitch's services and community. Defendants' bots permit them to spew hateful content at a robotic pace, often sending dozens of messages per minute that often outpace the targeted streamer's ability to moderate chat. Defendants claim that they can generate thousands of bots in minutes for this purpose.

44.     Defendants have deployed hate raids on Twitch in violation of the Terms. For example, from August 8-10, 2021, Defendant Chris Vostermans, operating on Twitch as CruzzControl, used bots to spam a Twitch channel with racial slurs and descriptions of violent acts against racial minorities and members of the LGBTQIA+ community. These Twitch usernames for these bots incorporated the term "cruzzcontrol" and "Zenobia," both of which are connected to Mr. Vostermans.

45.     On information and belief, Mr. Vostermans is responsible for nearly 3,000 bot accounts associated with hate raids. Bots developed and deployed by Mr. Vostermans have been linked to various hate raid events, including those targeting black and LGBTQIA+ streamers with racist, homophobic, sexist and other harassing content.

46.     Mr. Vostermans has admitted to using bots to flood Twitch channels with harassing content. He has also demonstrated how the bots work so others can use similar methods to accomplish hate raids.

47.     Twitch identified Mr. Vostermans by his public Facebook account, which he linked to his original Twitch CruzzControl account. Twitch identified multiple Twitch accounts associated with Mr. Vostermans' email address and also linked those to the hate raids. Those include, but are not limited to Twitch accounts lexfannr1, nirger, and bamiblok. Twitch banned Mr. Vostermans' accounts that it associated with the hate raids. Undeterred, Mr. Vostermans

-11-

created dozens more Twitch accounts—which Twitch can connect to him by his IP address—for purposes of continuing the hate raids. Those accounts use fake email addresses and highly offensive names. Twitch permanently banned the accounts it identified as participating in the hate raids. In addition to the public Facebook page, Twitch identified additional links between Chris Vostermans and Twitch user CruzzControl, who coordinated the hate raids.

48.     Twitch has also linked CreatineOverdose directly to hate raids. For example, on August 15, 2021, Defendant CreatineOverdose used their bot software to demonstrate how it could be used to spam Twitch channels with racial slurs, graphic descriptions of violence against minorities, and claims that the hate raiders are the "K K K." Bots used in this demonstration contain unique usernames that Twitch later detected as being used to spam similar violent hate speech in numerous other Twitch channels.

49.     Hate raid victims identified CreatineOverdose and CreatineReturns as Twitch accounts that hate raided their channels.

50.     In addition to being highly offensive, the hate raids are also disruptive to the streamers' streams and authentic engagement from the streamers' intended viewers. For example, victims of the hate raids may be forced to limit those who can use the chat feature on their streams to only the streamers' followers/paying subscribers, instead of the entire Twitch community, reducing the opportunity for genuine engagement between streamers and viewers that is essential to the Twitch Services.

51.     These attacks obstruct the chat so significantly, victimized streamers are unable to engage with their community through chat for the duration of the attack, and some even choose to avoid streaming altogether until the attack ends. The attacks have pushed some victims to stop streaming on Twitch until the hate raids end, eliminating an important source of revenue for them.

-12-

52.     Twitch took swift action against the accounts and users that conducted the hate raids, immediately and permanently suspending them consistent with the Terms.  As part of this action, Twitch banned Defendants' known accounts.

53.     However, despite Twitch's best efforts, the hate raids continue.  On information and belief, Defendants created software code to conduct hate raids via automated means.  And they continue to develop their software code to avoid Twitch's efforts at preventing Defendants' bots from accessing the Twitch Services.

54.     On information and belief, Defendants work in concert with others in what one Defendant, CreatineOverdose, has described as the "hate raiding community" to perform these hate raids.

55.     On information and belief, Defendants coordinate their activities with the "hate raiding community" through other gaming-related social media platforms, including but not limited to Discord and Steam.

56.     Defendants' actions have harmed and continue to harm Twitch and its community.

57.     Streamers who Defendants targeted with hate raids were traumatized.  Many streamers Tweeted their reactions to Defendants' actions.  The following are a few examples.

 King Ace 👑💥🖤 | they/she @A_TypicalQueer · Aug 28 · · ·
These hate raiders are absolutely gross. They really made a whole Instagram for ya queer AFTER trying to hack into my Twitter and Instagram accounts. Also, peep the names of the accounts that followed me while I was live 😴 let's be clever yall.

 Octogeisha
@octogeisha                                      · · ·

Heads up friends the following
foregathers, creatineoverdose, creatinereturns
all are known for hate raids  sending hate to disabled,
Lgbtqia+ and being extremely racist! please ban them
and if any of you know any more users please share
them
#TwitchDoBetter #LGBTQIA

58.     To further curb Defendants' hate-raids, Twitch updated its software to employ additional measures that better detect malicious bot software in chat messages.

59.     Twitch expended significant resources combatting Defendants' attacks.  Twitch spent time and money investigating Defendants, including through use of its fraud detection team.  Twitch also engineered technological and other fixes in an attempt to stop Defendants' harassing and hateful conduct.  These updates include but are not limited to implementing stricter identity controls with accounts, machine learning algorithms to detect bot accounts that are used to engage in harmful chat and augmenting the banned word list.  Twitch mobilized its communications staff to address the community harm flowing from the hate raids and assured its community that it was taking proactive measures to stop them.  Twitch also worked with impacted streamers to educate them on moderation toolkits for their chats and solicited and responded to streamers' and users' comments and concerns.

## FIRST CLAIM FOR RELIEF
### Breach of Contract
### (California Common Law)

60.     Twitch realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

61.     Access to and use of the Twitch Services is governed by and subject to the Terms.

62.     At all relevant times, Twitch prominently displayed and/or provided links to the Terms.  Twitch users are presented with and must affirmatively accept the Terms to register for a Twitch account.  Twitch users are presented with and must affirmatively accept the Terms to use the Twitch chat function.

63.     The Terms provide that they apply "whether you are a user that registers an account with the Twitch Services or an unregistered user.  You agree that by clicking 'Sign Up' or otherwise registering, downloading, accessing, or using the Twitch Services, you are entering

-14-

into a legally binding agreement between you and Twitch regarding your use of the Twitch Services."

64.     The Guidelines are incorporated into the Terms by reference.  A violation of the Guidelines is a violation of the Terms.

65.     The Terms are binding on Defendants.  Each of the Defendants agreed to abide by the Terms by creating a Twitch account, by using Twitch chat and/or any other Twitch Services, and/or by accessing the Twitch Services.

66.     On information and belief, Defendants also agreed to be bound by the Twitch Developer Services Agreement ("Developer Terms") when they accessed and used the Twitch Developer Site and/or Twitch Services to create bots.

67.     On information and belief, Defendants regularly accessed the Twitch Services with knowledge of the Terms and the prohibitions contained therein.

68.     The Terms are valid, enforceable contracts between Twitch and each of the Defendants.

69.     Defendants have willfully, continuously, and materially breached the Terms in at least the following ways:

  a.  posting racist, homophobic, and highly offensive content in Twitch chats in violation of Section 9(i) of the Terms;

  b.  harassing and defaming users of the Twitch Services in violation of Section 9(v) of the Terms;

  c.  accessing the Twitch Services with fake accounts after they were banned in violation of Sections 2 and 9(xv) of the Terms;

d.   manipulating their identifying information (including names, email addresses and IP addresses) to "disguise the origin of any User Content transmitted through the Twitch Services" in violation of Section 9(xii);

e.   impairing, interfering with, disrupting, negatively affecting, and/or inhibiting other users' enjoyment of the Twitch Services by posting obscene, violent, and harassing content in violation of Section 9(ix) of the Terms; and/or

f.   accessing the Twitch Services with prohibited bots in violation of Section 9(xi) of the Terms.

70.     Defendants have willfully, continuously, and materially breached the Guidelines, and therefore the Terms by, among other things, engaging in hateful conduct and harassment on Twitch, which the Guidelines expressly prohibit.

71.     Defendants have willfully, continuously and materially breached the Guidelines, and therefore the Terms by, among other things, engaging in "hostile raids" as a form of harassment, which the Guidelines expressly prohibit.

72.     On information and belief, Defendants have willfully, continuously and materially breached the Developer Terms by "design[ing] bots that engage in offensive or deceptive practices (e.g., generate hate speech, send spam, offer false follows, etc.)."

73.     Twitch has dutifully performed its obligations pursuant to the Terms and the Developer Terms.

74.     As a direct and proximate result of Defendants' material breaches of the Terms and Developer Terms, Twitch has been and will continue to be harmed, thereby entitling it to injunctive relief, compensatory damages, attorneys' fees, costs, and/or other equitable relief against Defendants.  Twitch is entitled to special damages in the amount of lost profits and other reasonably foreseeable harms proximately caused by Defendants' breach.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SECOND CLAIM FOR RELIEF**
**Fraud in the Inducement**
**(California Common Law)**

75.     Twitch realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

76.     Beginning in or about August 2021, Defendants began registering Twitch accounts to conduct hate raids and otherwise harass Twitch streamers.

77.     In registering their Twitch accounts, Defendants agreed to be bound by the Terms. In particular, they represented and agreed not to conduct "hostile raids"; post hateful and harassing content on Twitch; harass or defame other Twitch users; or deploy bots in a manner not permitted by the Terms.  Twitch's reliance was reasonable and was otherwise justified.

78.     Defendants had no intention of abiding by the Terms and made fraudulent representations to the contrary to Twitch, knowing them to be false and with the intent of defrauding Twitch.

79.     Contrary to their express representations to Twitch, Defendants created Twitch accounts for the purpose of posting harassing content on Twitch, performing hate raids, and harassing other Twitch users.

80.     Based upon Defendants' intentional misrepresentations, Twitch was induced to allow them to register accounts using Twitch's Services.  Had Twitch known of Defendants' true intentions, Twitch would not have allowed them to register accounts and access the Twitch Services.  Once Twitch became aware of Defendants' harassing and hateful actions, Twitch immediately shut down the accounts Defendants used to conduct the hate-raids.

81.     Knowing that Twitch had barred them from further accessing the Twitch Services, unbeknownst to Twitch, Defendants created additional Twitch accounts and again falsely agreed

to abide by the Terms.  Defendants immediately violated this promise by continuing to conduct hate raids, harass and defame other Twitch users, and post harassing content on Twitch.

82.     On information and belief, Defendants again misrepresented and concealed their identities and other personally identifying information (such as email addresses and IP addresses) to create accounts on Twitch from which to conduct hate raids.

83.     Twitch justifiably relied on Defendants' misrepresentations and granted Defendants' access to the Twitch Services.

84.     As a result of Twitch's reliance on Defendants' misrepresentations, Twitch has suffered damage to its goodwill and lost resources, such as money, technical capacity, and personnel, which Twitch would not have been forced to expend but for Defendants' misrepresentations.

85.     Twitch is entitled to all remedies available at law or equity, including injunctive relief, compensatory damages, punitive damages, and/or other equitable or monetary remedies.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Twitch prays for the following relief:

1.     That Defendants and their officers, agents, representatives, servants, employees, successors and assigns, and all others in active concert or participation with Defendants be preliminarily and permanently enjoined from:

    a.   Using or accessing the Twitch Services;

    b.   Posting content on the Twitch Services, including in the Twitch chat function, that is prohibited by the Terms, including racist, homophobic, xenophobic, or any other harassing content.

    c.   Assisting any individual or company in engaging in the conduct described in 1(a)-(b) above.

-18-

1

2.      An award to Twitch of restitution and damages, including, but not limited to,

2

enhanced, liquidated, compensatory, special, and punitive damages, and all other damages

3

permitted by law.

4

3.      An award to Twitch of its costs incurred in this suit, including, but not limited to,

5

reasonable attorneys' fees.

6

7

4.      Such other relief as this Court deems just and proper.

8

**DEMAND FOR A JURY TRIAL**

9

Plaintiff hereby demands a trial by jury of all issues so triable.

10

11

DATED:  October 21, 2021                          **PERKINS COIE LLP**

12

By: */s/ Katherine M. Dugdale*

13

Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com

14

Lauren E. Staniar (*pro hac vice*)
LStaniar@perkinscoie.com

15

Jacob Dini (*pro hac vice*)
JDini@perkinscoie.com

16

Attorneys for Plaintiff

17

Twitch Interactive, Inc.

18

19

20

21

22

23

24

25

26

27

28

-19-