Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98102
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS VOSTERMANS, an individual; CREATINEOVERDOSE, an individual,<br><br>Defendants. | Case No. 4:21-cv-7006-JST<br><br>**DECLARATION OF KATHERINE M. DUGDALE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE** |

I, Katherine Dugdale, declare as follows:

1.  I am an attorney licensed to practice law before the courts of the State of California. I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch"). I submit this declaration in support of Twitch's Ex Parte Application for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.  Beginning in or about August 2021, Twitch received numerous reports of Twitch streamers whose channels were raided and spammed with hate from bot accounts spewing racist, sexist, and homophobic language and content ("hate raids").

3.  Twitch immediately started investigating who was responsible for the hate raids.

4.  Through reports submitted to Twitch via Twitch's reporting tool and social media sites (such as Twitter), Twitch was able to identify several actors involved in the hate raids, including two individuals operating on Twitch as CruzzControl and CreatineOverdose. Through its investigation, Twitch identified several accounts associated with CreatineOverdose that were operated by a real person, not bots. Twitch then identified key information associated with each account, as well as additional accounts owned by CruzzControl and CreatineOverdose. Twitch banned CruzzControl's and CreatineOverdose's respective Twitch accounts and a number of alternate accounts created by the same individuals.

5.  The email address goomlygoom@gmail.com is linked to CreatineOverdose's Twitch account.

6.  CreatineOverdose used tools to hide their true IP address and location. They also used multiple "dummy" email accounts to hide their identity.

7.  Using the information Twitch had uncovered about CreatineOverdose, Twitch searched public records for additional information about CreatineOverdose. Twitch also searched the Internet for social media and video-game related communities that use CreatineOverdose and similar usernames. Through these searches, Twitch identified a single Steam account that had

used the username "CreatineOverdose" (Steam ID: 124494422 / SteamID64: 7656119820925473).

8. CreatineOverdose's actions were targeted at the Twitch community of users. Information about those users is stored on Twitch servers located in California.

9. At my direction, on October 22, 2021, a copy of the Amended Complaint and a waiver of service form, among other documents, were sent to the following email address: goomlygoom@gmail.com. The email and attachments are attached hereto as Exhibit A. CreatineOverdose was asked to identify themself and waive service. CreatineOverdose has not responded.

10. Attached hereto as Exhibit B is a copy of the website located at https://store.steampowered.com/about/ captured on November 15, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California this 15th day of November 2021.

　　　　　　　　　　　　　　　　　　　　/s/Katherine M. Dugdale
　　　　　　　　　　　　　　　　　　　　Katherine M. Dugdale