1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,<br><br>Defendant. | Case No. 4:21-cv-7006-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SERVE DEFENDANT CHRIS VOSTERMANS VIA ALTERNATIVE MEANS<br><br>Judge:   Hon. Jon S. Tigar |

-2-

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Plaintiff Twitch Interactive Inc.'s Application to Serve Defendant |
| 3 | Chris Vostermans by Alternative Means, the Court hereby **GRANTS** Plaintiff's Application. |
| 4 | Twitch may serve Defendant Chris Vostermans (aka CruzzControl) via email at |
| 5 | cruzzcontrol@hotmail.com. |
| 6 | **IT IS SO ORDERED.** |

Dated: December 6, 2021

*/s/ Jon S. Tigar*
HONORABLE JON S. TIGAR
United States District Judge