| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com |
|   | PERKINS COIE LLP |
| 3 | 1888 Century Park East, Suite 1700 |
|   | Los Angeles, California 90067-1721 |
| 4 | Telephone: 310.788.9900 |
|   | Facsimile:  310.788.3399 |
| 5 | Lauren E. Staniar, *pro hac vice* |
|   | LStaniar@perkinscoie.com |
| 6 | Jacob P. Dini, *pro hac vice* |
|   | JDini@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, Washington 98101-3099 |
|   | Telephone: 206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
|    | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,, | Case No. 4:21-cv-7006-JST |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,, | |
| Defendant. | |

-1-

4:21-CV-7006-JST
PROOF OF SERVICE

155018219.1

**PROOF OF SERVICE**

I am employed in King County, Washington. I am over the age of 18 and not a party to the within action. My business address is 1201 Third Avenue, Suite 4900, Seattle, Washington 98101. On December 7, 2021, I served the following documents on Defendant Chris Vostermans AKA CruzzControl via electronic mail, per the Court's Order dated December 6, 2021 (ECF No. 20):

- Complaint
- Civil Case Coversheet
- Plaintiff Twitch Interactive, Inc.'s Certificate of Interested Entities
- Plaintiff Twitch Interactive, Inc.'s Corporate Disclosure Statement
- Order Setting Initial Case Management Conference and ADR Deadlines
- Proposed Summons
- Summons
- Declination to Magistrate Judge Jurisdiction
- Order Reassigning Case
- Notice of Eligibility for Video Recording
- Clerk's Notice Setting Case Management Conference
- Application for Admission of Attorney Pro Hac Vice - Lauren Watts Staniar
- Order Granting Application for Admission of Attorney Pro Hac Vice - Lauren Watts Staniar
- Application for Admission of Attorney Pro Hac Vice - Jacob P. Dini
- Order Granting Application for Admission of Attorney Pro Hac Vice - Jacob P. Dini
- Amended Complaint
- Ex Parte Application for Leave to Serve Third-Party Subpoenas Prior to Rule 26(f) Conference and Memorandum in Support (and supporting documents, voluminous exhibits omitted)
- Ex Parte Application to Extend Time to Serve Defendant CreatineOverdose and to Continue Case Management Conference and Related Deadlines (and supporting documents, voluminous exhibits omitted)
- Order by Judge Jon S. Tigar granting 18 Ex Parte Application To Serve Defendant Chris Vostermans AKA CruzzControl by Alternative Means
- Docket Report
- Standing Order for All Civil Cases Before District Judge Jon S. Tigar
- Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar
- Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon. S. Tigar
- Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement
- ECF Registration Information

-2-

-3-

1  - Consent or Declination to Magistrate Judge Jurisdiction

2  X  (BY ELECTRONIC MAIL) I caused a copy of the documents described above to be sent to the person(s) at the email address(es) listed below.

Chris Vostermans a/k/a CruzzControl
cruzzcontrol@hotmail.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 7, 2021, at Seattle, Washington.

*s/Lauren W. Staniar*