Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,<br><br>　　　　　Defendant. | Case No. 4:21-cv-7006-JST<br><br>STIPULATION EXTENDING DEFENDANT CHRIS VOSTERMANS TIME TO RESPOND TO COMPLAINT<br><br>[L. CIV. R. 6-1(A)] |

Pursuant To Local Rule 6-1(a), it is stipulated between and among Plaintiff Twitch Interactive, Inc., and pro se Defendant Chris Vostermans, by Twitch's counsel and Mr. Vostermans, as follows:

1. Twitch served Mr. Vostermans with the summons and complaint on December 7, 2021.

2. Mr. Vostermans' current deadline to respond to the complaint is on or before December 28, 2021.

3. Twitch and Mr. Vostermans have agreed to extend the time within which Mr. Vostermans has to answer or otherwise respond to Twitch's complaint from December 28, 2021 to January 19, 2022.

4. The foregoing stipulation for an extension of time does not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED**

DATED:  December 22, 2021         **PERKINS COIE LLP**

By: s/ *Lauren Watts Staniar*
          Katherine M. Dugdale, Bar No. 168014
          KDugdale@perkinscoie.com
          Lauren Watts Staniar, *pro hac vice*
          LStaniar@perkinscoie.com
          Jacob P. Dini, *pro hac vice*
          JDini@perkinscoie.com

*Attorneys for Plaintiff*
Twitch Interactive, Inc.

DATED:  December 22, 2021         By: *s/ Chris Vostermans*
                                                        Chris Vostermans, pro se

| | |
|---|---|
| 1 | I, Lauren Watts Staniar, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(h)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto. |

DATED: December 23, 2021            **PERKINS COIE LLP**

                                    By: *s/ Lauren Watts Staniar*
                                       Lauren Watts Staniar, *pro hac vice*
                                       LStaniar@perkinscoie.com