1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
3  Los Angeles, California 90067-1721
   Telephone: 310.788.9900
4  Facsimile:  310.788.3399

5  Jacob P. Dini, *pro hac vice*
   JDini@perkinscoie.com
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
7  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
8  Facsimile:  206.359.9000

9  Attorneys for Plaintiff
   Twitch Interactive, Inc.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | TWITCH INTERACTIVE, INC., a Delaware corporation,, | Case No. 4:21-cv-7006-JST |
15 |                                                    | **[PROPOSED] ORDER GRANTING PLAINTIFF'S THIRD *EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT CREATINEOVERDOSE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
   | Plaintiff, |
16 | v. |
17 | CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,, |
18 |
19 | Defendant. |

-1-

4:21-CV-7006-JST
[PROPOSED] ORDER

156920701.1

-2-

# [PROPOSED] ORDER

Now before the Court is Plaintiff Twitch Interactive Inc.'s Third *Ex Parte* Application to Extend Time to Serve Defendant CreatineOverdose and Continue the Case Management Conference and Related Deadlines. Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby **GRANTS** Twitch's motion. The deadline for Twitch to serve Defendant CreatineOverdose is extended approximately 90 days to September 6, 2022. The Case Management Conference is continued until ~~October 3~~ October 11, 2022, and all related deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated:   June 1, 2022

_____
HONORABLE JON S. TIGAR
United States District Judge