Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS VOSTERMANS, an individual, also known as CRUZZCONTROL; and CREATINEOVERDOSE, an individual,<br><br>Defendant. | Case No. 4:21-cv-7006-JST<br><br>**DECLARATION OF KATHERINE M. DUGDALE IN SUPPORT OF TWITCH INTERACTIVE INC.'S *EX PARTE* APPLICATION TO SERVE DEFENDANT CEATINEOVERDOSE VIA ALTERNATIVE MEANS AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

-1-

158143113.1

I, Katherine M. Dugdale, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California. I am an attorney at the law firm of Perkins Coie, LLP, counsel for Plaintiff Twitch Interactive, Inc. ("Twitch") in this action. I submit this declaration based upon my own personal knowledge and, if called upon, could testify competently thereto.

2. Beginning in or about August 2021, Twitch received numerous reports of Twitch streamers whose channels were flooded with bot accounts posting racist, sexist, and homophobic language and content ("hate raids").

3. Twitch immediately started investigating who was responsible for the hate raids.

4. Through reports submitted to Twitch via Twitch's reporting tool and social media sites (such as Twitter), Twitch was able to identify several actors involved in the hate raids, including two individuals operating on Twitch as CruzzControl and CreatineOverdose. Through its investigation, Twitch identified several accounts associated with CreatineOverdose that were operated by a real person, and not bots. Twitch then identified key information associated with each account, as well as additional accounts owned by CruzzControl and CreatineOverdose. Twitch then banned CruzzControl's and CreatineOverdose's respective Twitch accounts and a number of alternate accounts created by the same individuals.

5. Twitch's investigation suggests that CreatineOverdose resides in Vienna, Austria, based on IP addresses that Twitch recorded when CreatineOverdose was using Twitch.

6. However, CreatineOverdose used tools to mask their IP address and location. They also used multiple fake email accounts to hide their identity.

7. Using the information Twitch had uncovered about CreatineOverdose, Twitch searched public records for additional information about CreatineOverdose. Twitch also searched the Internet for accounts on social media and video-game related communities with usernames and other information Twitch associated with CreatineOverdose.

8. Twitch's investigation in this matter revealed that Defendant CreatineOverdose used the email goomlygoom@gmail.com when he signed up for the initial CreatineOverdose Twitch account.

9. At my direction, on October 22, 2021, a copy of the Amended Complaint and a waiver of service form, among other documents, were sent to CreatineOverdose at goomlygoom@gmail.com. CreatineOverdose was asked to identify themself and waive service. This email was not returned as undeliverable. CreatineOverdose did not respond. The email and attachments are attached hereto as **Exhibit A**.

10. At my direction, on November 15, 2021, a copy of Twitch's *ex parte* application for and related documents were sent to CreatineOverdose at goomlygoom@gmail.com. That email was returned as undeliverable. The email, attachments, and return message are attached hereto as **Exhibit B**.

11. Twitch continued to work diligently to uncover additional information about the believed source of the hate raids. As a result, it identified more individuals, in addition to CreatineOverdose, that were potentially involved in the attacks.

12. Twitch served a subpoena on Discord to identify these additional individuals. On March 2, 2022 it received documents produced in response to that subpoena, which included email addresses, phone numbers, and IP addresses associated with the individuals. Twitch actively reviewed these documents and, as a result, also served a subpoena on Google on April 4, 2022, seeking identifying information associated with the Gmail addresses connected to CreatineOverdose and other persons of interest. Google initially produced responsive documents on April 29, 2022, and discussions with Google continued for months thereafter regarding such information. Based on information provided, the goomlygloom@gmail.com account was logged into twice on October 24, 2021, two days after the summons and complaint were sent to the email address. The last log in date was October 26, 2021.

13. While these subpoenas did uncover useful new information regarding the hate raids, including an additional participant in the hate raids which Twitch has sought leave to add as a defendant, they did not uncover a name, location, or functional alternative email address for CreatineOverdose. After receiving additional information from Google regarding the goomlygoom@gmail.com email address, Twitch continues to believe that CreatineOverdose intentionally deactivated the email shortly after receiving the email and attachments in Exhibit A.

14. To date, CreatineOverdose has not responded to any attempts at a dialogue.

15. Attached hereto as **Exhibit C** is the notice Twitch proposes publishing in a newspaper of global circulation such as the International New York Times regarding information about the pendency of this action, if the Court so orders.

16. There have been three previous scheduling modifications in this case. The requested continuance will not impact the schedule of this case as no trial date or other deadlines have been set, apart from the Case Management Conference and related deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California this 6th day of September 2022.

By: /s/ Katherine M. Dugdale
Katherine M. Dugdale