# Exhibit C

158143112.1

- 2 -

**United States District Court for the Norther District of California**

*Twitch Interactive, Inc. v. Mango and CreatineOverdose*, **No. 3:21-cv-7006-JST (N.D. Cal.)**

**TO: CreatineOverdose**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you receive it), you must serve on Twitch Interactive, Inc. an answer to the second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Twitch or Twitch's attorney, whose name and address are: KATHERINE M. DUGDALE, ESQ., PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067. If you fail to respond, judgment by default will be entered against you for the relief demanded in the second amended complaint. You must also file your answer or motion with the court.