1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
3  Los Angeles, California 90067-1721
   Telephone: 310.788.9900
4  Facsimile:  310.788.3399

5  Jacob P. Dini, *pro hac vice*
   JDini@perkinscoie.com
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
7  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
8  Facsimile:  206.359.9000

9  Attorneys for Plaintiff
   Twitch Interactive, Inc.
10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  TWITCH INTERACTIVE, INC., a Delaware      Case No. 4:21-cv-7006-JST
    corporation,,
15                                            **[PROPOSED] ORDER GRANTING**
                Plaintiff,                    **PLAINTIFF'S *EX PARTE* APPLICATION**
16                                            **TO SERVE DEFENDANT**
          v.                                  **CREATINEOVERDOSE VIA**
17                                            **ALTERNATIVE MEANS AND TO**
    CHRIS VOSTERMANS, an individual, also     **CONTINUE CASE MANAGEMENT**
18  known as CRUZZCONTROL; and                **CONFERENCE AND RELATED**
    CREATINEOVERDOSE, an individual,,         **DEADLINES**
19
                Defendant.
20

21

22

23

24

25

26

27

28

-1-

158177466.1

**[PROPOSED] ORDER**

Now before the Court is Plaintiff Twitch Interactive Inc.'s *Ex Parte* Application to Serve Defendant CreatineOverdose via Alternative Means and to Continue the Case Management Conference and Related Deadlines.  Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby **GRANTS** Twitch's motion.

**IT IS HEREBY ORDERED THAT:**

(1)  Twitch may serve defendant CreatineOverdose by publication in the International New York Times, or in a newspaper of similar global circulation, once a week for four consecutive weeks pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure;

(2)  The deadline for Twitch to serve Defendant CreatineOverdose is extended approximately 90 days to December 5, 2022; and

(3)  The Case Management Conference is continued until January 9, 2022, and all related deadlines are adjusted accordingly.


**IT IS SO ORDERED.**


Dated: _____          _____

HONORABLE JON S. TIGAR
United States District Judge