| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1888 Century Park East, Suite 1700<br>Los Angeles, California 90067-1721 |
| 4 | Telephone: 310.788.9900<br>Facsimile:  310.788.3399 |
| 5 | Jacob P. Dini, *pro hac vice* |
| 6 | JDini@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 8 | Telephone: 206.359.8000<br>Facsimile:  206.359.9000 |
| 9 | Attorneys for Plaintiff |
| 10 | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual,<br><br>            Defendants. | Case No. 4:21-cv-7006-JST<br><br>**DECLARATION OF KATHERINE M. DUGDALE IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* APPLICATION TO SERVE DEFENDANT MANGO AKAMANGOBLACKSUNLEGION AND MANGOBLACKSUN VIA ALTERNATIVE MEANS** |

I, Katherine M. Dugdale, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California. I am an attorney at the law firm of Perkins Coie, LLP, counsel for Plaintiff Twitch Interactive, Inc. ("Twitch") in this action. I submit this declaration based upon my own personal knowledge and, if called upon, could testify competently thereto.

2. Beginning in or about August 2021, Twitch received numerous reports of Twitch streamers whose channels were flooded with bot accounts posting racist, sexist, and homophobic language and content ("hate raids").

3. Twitch immediately started investigating who was responsible for the hate raids.

4. Through reports submitted to Twitch via Twitch's reporting tool and social media sites (such as Twitter), Twitch was able to identify several actors involved in the hate raids, including two individuals operating on Twitch as Mango also known as MangoBlackSunLegion and MangoBlackSun ("Mango") and CreatineOverdose. Through its investigation, Twitch identified several Twitch accounts associated with Mango that were operated by a real person, and not bots, including "MangoBlackSun." Twitch then identified key information associated with the accounts owned by Mango, before banning them.

5. Twitch's investigation suggests that Mango resides in Denmark, based on IP addresses that Twitch recorded when Mango was using Twitch and IP addresses associated with Mango that Twitch received in response to third party subpoenas.

6. However, Mango used tools to mask their IP address and location. They also used multiple fake email accounts to hide their identity.

7. Using the information Twitch had uncovered about Mango, Twitch searched public records and the internet for additional information about Mango.

8. Twitch's investigation in this matter revealed that Defendant Mango used the email realmango1209@gmail.com when they signed up for the MangoBlackSun Twitch account.

9. Twitch continued to work diligently to uncover additional information about the believed source of the hate raids. As a result, it identified more individuals, in addition to Mango, that were potentially involved in the attacks.

10. Twitch served a subpoena on Discord to identify these additional individuals. On March 2, 2022 it received documents produced in response to that subpoena, which included email addresses, phone numbers, and IP addresses associated with the individuals. The documents uncovered an additional email address associated with Mango: madsh1209@gmail.com. The Discord subpoena response further showed that the realmango1209@gmail.com email address was also associated with one of the Discord accounts Twitch believed to be associated with Mango.

11. Twitch reviewed these documents and, as a result, also served a subpoena on Google on April 4, 2022, seeking identifying information associated with the Gmail addresses connected to Mango and other persons of interest. Google initially produced responsive documents on April 29, 2022, and discussions with Google continued for months thereafter regarding such information.

12. While these subpoenas did uncover useful new information regarding the hate raids, including additional information on Mango incorporated into Twitch's Second Amended Complaint, they did not uncover a name, location, or another functional alternative email address for Mango.

13. At my direction, on October 21, 2022, test emails were sent to Mango at realmango1209@gmail.com and madsh1209@gmail.com. These emails were not returned as undeliverable. A second set of emails was sent to both email addresses on October 24, 2022, but the email sent to realmango1209@gmail.com was returned as undeliverable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California this 2nd day of November 2022.

By: */s/ Katherine M. Dugdale*
Katherine M. Dugdale