1   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
2   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
3   Los Angeles, California 90067-1721
    Telephone: 310.788.9900
4   Facsimile:  310.788.3399

5   Jacob P. Dini, *pro hac vice*
    JDini@perkinscoie.com
6   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
7   Seattle, Washington 98101-3099
    Telephone: 206.359.8000
8   Facsimile:  206.359.9000

9   Attorneys for Plaintiff
    Twitch Interactive, Inc.
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  TWITCH INTERACTIVE, INC., a Delaware       Case No. 4:21-cv-7006-JST
    corporation,,
15                                              **[PROPOSED] ORDER GRANTING**
                 Plaintiff,                     **PLAINTIFF TWITCH INTERACTIVE,**
16                                              **INC.'S *EX PARTE* APPLICATION TO**
          v.                                    **SERVE DEFENDANT MANGO AKA**
17                                              **MANGOBLACKSUNLEGION AND**
    MANGO, an individual, also known as         **MANGOBLACKSUN VIA**
18  MANGOBLACKSUNLEGION and                     **ALTERNATIVE MEANS**
    MANGOBLACKSUN; and
19  CREATINEOVERDOSE, an individual,

20               Defendants.

21

22

23

24

25

26

27

28

                              -1-

158766751.3

**[PROPOSED] ORDER**

Now before the Court is Plaintiff Twitch Interactive Inc.'s *Ex Parte* Application to Serve Defendant Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun via Alternative Means.  Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby **GRANTS** Twitch's motion.

**IT IS HEREBY ORDERED THAT:**

(1)  Twitch may serve defendant Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun by email pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.


**IT IS SO ORDERED.**


Dated: _____          _____

HONORABLE JON S. TIGAR
United States District Judge

158766751.3