1 | Katherine M. Dugdale, Bar No. 168014
  | KDugdale@perkinscoie.com
2 | PERKINS COIE LLP
  | 1888 Century Park East, Suite 1700
3 | Los Angeles, California 90067-1721
  | Telephone: 310.788.9900
4 | Facsimile:  310.788.3399

5 | Jacob P. Dini, *pro hac vice*
  | JDini@perkinscoie.com
6 | PERKINS COIE LLP
  | 1201 Third Avenue, Suite 4900
7 | Seattle, Washington 98101-3099
  | Telephone: 206.359.8000
8 | Facsimile:  206.359.9000

9 | Attorneys for Plaintiff
  | Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TWITCH INTERACTIVE, INC., a Delaware corporation,, | Case No. 4:21-cv-7006-JST |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* APPLICATION TO SERVE DEFENDANT MANGO AKA MANGOBLACKSUNLEGION AND MANGOBLACKSUN VIA ALTERNATIVE MEANS |
| v. | |
| MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual, | |
| Defendants. | |

**[PROPOSED] ORDER**

Now before the Court is Plaintiff Twitch Interactive Inc.'s *Ex Parte* Application to Serve Defendant Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun via Alternative Means. Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby **GRANTS** Twitch's motion.

**IT IS HEREBY ORDERED THAT:**

(1) Twitch may serve defendant Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun by email pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 3, 2022

HONORABLE JON S. TIGAR
United States District Judge