1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
3  Los Angeles, California 90067-1721
   Telephone: 310.788.9900
4  Facsimile:  310.788.3399

5  Jacob P. Dini, *pro hac vice*
   JDini@perkinscoie.com
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
7  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
8  Facsimile:  206.359.9000

9  Attorneys for Plaintiff
   Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 4:21-cv-7006-JST |
|---|---|
| Plaintiff, | **PROOF OF SERVICE PURSUANT TO ORDER FOR SERVICE BY PUBLICATION** |
| v. | |
| MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual, | |
| Defendants. | |

-1-

| | |
|---|---|
| 1 | Attached as Exhibit 1 is the Declaration of Jonathan Florez regarding proof of service by publication on Defendant Creatineoverdose. |
| 2 | |

Dated:  December 16, 2022   **PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
　　Katherine M. Dugdale, Bar No. 168014
　　KDugdale@perkinscoie.com
　　Jacob P. Dini, *pro hac vice*
　　JDini@perkinscoie.com

*Attorneys for Plaintiff*
Twitch Interactive, Inc.

# EXHIBIT 1

| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1888 Century Park East, Suite 1700 |
| 3 | Los Angeles, California 90067-1721 |
|   | Telephone: 310.788.9900 |
| 4 | Facsimile:  310.788.3399 |
| 5 | Jacob P. Dini, *pro hac vice* |
|   | JDini@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 7 | Seattle, Washington 98101-3099 |
|   | Telephone: 206.359.8000 |
| 8 | Facsimile:  206.359.9000 |
| 9 | Attorneys for Plaintiff |
|   | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 4:21-cv-7006-JST |
| Plaintiff, | **DECLARATION OF JONATHAN FLOREZ REGARDING PROOF OF SERVICE BY PUBLICATION ON DEFENDANT CREATINEOVERDOSE** |
| v. | |
| MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual, | |
| Defendants. | |

-1-

1  I, Jonathan Florez, declare as follows:

2  1. I am a citizen of the United States; I am over the age of 18 years old and not a
3  party to or interested in the above entitled matter.

4  2. I am the Account Planner, U.S. Advertising at FT Publications, Inc., the publisher
5  of the Financial Times, a newspaper of global circulation, printed and published daily
6  internationally.

7  3. Attached hereto as Exhibit A is a true and correct copy of the Notice of Lawsuit to
8  Creatineoverdose.

9  4. The Notice of Lawsuit to Creatineoverdose was published and circulated in the
10  Financial Times on October 28, November 4, 11, and 18 of 2022.

11  I declare under penalty of perjury that the foregoing is true and correct.

12  Executed at New York, NY this 14th day of December 2022.

By: /s/ Jonathan Florez
Jonathan Florez, Account Planner

# EXHIBIT A

EXHIBIT 1
Page 5

## United States District Court for the Northern District of California

*Twitch Interactive, Inc. v. Mango and CreatineOverdose, No. 3:21-cv-7006-JST (N.D. Cal.)*

### TO: CreatineOverdose

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you receive it), you must serve on Twitch Interactive, Inc. an answer to the second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on Twitch or Twitch's attorney, whose name and address are: KATHERINE M. DUGDALE, ESQ., PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067. If you fail to respond, judgment by default will be entered against you for the relief demanded in the second amended complaint. You must also file your answer or motion with the court.

Published October 28, November 4, 11 and 18, 2022.

# EXHIBIT A Page 3

EXHIBIT 1
Page 6