| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1888 Century Park East, Suite 1700<br>Los Angeles, California 90067-1721 |
| 4 | Telephone: 310.788.9900<br>Facsimile:  310.788.3399 |
| 5 | Jacob P. Dini, *pro hac vice* |
| 6 | JDini@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 8 | Telephone: 206.359.8000<br>Facsimile:  206.359.9000 |
| 9 | Attorneys for Plaintiff |
| 10 | Twitch Interactive, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>         v.<br><br>MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual,<br><br>                        Defendants. | Case No. 4:21-cv-7006-JST<br><br>**DECLARATION OF KATHERINE M. DUGDALE IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MANGO A/K/A MANGOBLACKSUNLEGION AND MANGOBLACKSUN** |

-1-

159735686.1

-2-

I, Katherine M. Dugdale, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney in the law firm Perkins Coie LLP, attorneys of record for plaintiff Twitch Interactive, Inc. ("Twitch") in the above-entitled action. As one of the attorneys at Perkins Coie LLP with primary responsibility for the representation of Twitch in this matter, I have personal knowledge of the facts set forth below, and if called as a witness, I could testify truthfully.

2. Twitch filed its Second Amended Complaint on September 13, 2022 against Defendant Mango a/k/a MangoBlackSunLegion and MangoBlackSun, an individual ("Mango").

3. Mango was served with the Summons and Second Amended Complaint by email on November 4, 2022. The Proof of Service was filed with this Court on November 14, 2022. Mango's response was due on or before November 25, 2022.

4. To date, Mango has not pled in response to or otherwise defended against the Complaint. For this reason, Twitch respectfully requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk of this Court enter the default of Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December 2022

By:/s/ Katherine M. Dugdale
Katherine M. Dugdale