Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> v. <br><br> MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual, <br><br> Defendants. | Case No. 4:21-cv-7006-JST <br><br> **PLAINTIFF TWITCH INTERACTIVE, INC.'S CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

Plaintiff Twitch Interactive Inc ("Twitch") submits this CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

## I.  Jurisdiction & Service

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between Twitch and Defendants Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun ("Mango"), and CreatineOverdose, an individual, ("CreatineOverdose") (collectively "Defendants") and the amount in controversy exceeds $75,000.

Defendants have been served with the Second Amended Complaint and neither has responded. Dkt. Nos. 47, 48. Default has been entered against both Defendants. *Id.* and Dkt. No. 49.

## II.  Facts

Twitch is one of the world's leading services for content creators to stream content as part of a social, interactive community. In 2020, Twitch users watched over 1 trillion minutes of content, and Twitch.tv had 30 million average daily visitors. While watching streams, visitors can use Twitch's chat function to interact in real time with the Twitch streamer they are watching and other viewers of the stream. People who use the Twitch chat function must create an account and agree to Twitch's Terms of Service and Community Guidelines (collectively, the "Terms"). All visitors to the Twitch Services, regardless of whether they create an account or not, are bound by the Twitch Terms of Service and Community Guidelines.

The safety of the Twitch community is Twitch's top priority. To ensure that Twitch's community remains safe and enjoyable for all users, Twitch strictly forbids harassment, threats, and hateful conduct. The Twitch Terms also specifically ban "discrimination, denigration, harassment, or violence based on the following protected characteristics: race, ethnicity, color, caste, national origin, immigration status, religion, sex, gender identity, sexual orientation, disability, serious medical condition, and veteran status." Twitch users who are banned for violating the Terms are prohibited from accessing Twitch in the future.

Beginning in or about August 2021, CreatineOverdose began coordinating attacks on Twitch streamers and their viewers by flooding those communities with hateful language and content.  CreatineOverdose worked with others to perpetuate the attacks (colloquially known, and referred to hereafter, as "hate raids"), which involved posting in a streamer's chat hate-filled and obscene text, including racial and homophobic slurs, personally identifying information, and malicious links (such as to gore-filled and violent videos) over a short period of time.  Twitch worked quickly to stop the hate raids, but CreatineOverdose evaded Twitch's moderation efforts (and those of the affected streamers) by using fraudulently created "bot" accounts, created for the sole purpose of launching large scale, automated hate raids.  CreatineOverdose has been linked directly to the hate raids.  On August 15, 2021, CreatineOverdose demonstrated how bot software could be used to spam Twitch channels with racial slurs, graphic descriptions of violence against minorities, and claims that the hate raiders are the "K K K."  Hate raid victims documented CreatineOverdose participating in the attacks on their channels.

Beginning in or about August 2021, Mango also participated in the coordinated attacks on Twitch streamers and their viewers by flooding those communities with hateful language and content.  Mango worked with others to perpetuate the attacks, and has done so by managing a server on a third-party chat platform dedicated to the purpose.  These attacks involved posting in streamers' chats hate-filled and obscene text, including racial and homophobic slurs, personally identifying information, and malicious links (such as to gore-filled and violent videos) over a short period of time.  Multiple Twitch accounts linked to Mango have engaged in hate speech on Twitch and employ profile images containing swastikas and nudity, which would appear on hate raid victims' channels when Mango used these accounts during hate raids.  Mango also purportedly made a false call to emergency services in an attempt to bring armed police officers to a streamer's address without that streamer's knowledge and created Twitch accounts with usernames that contained hate raid victims' residential addresses, which were visible to any Twitch users or website visitors.  Twitch worked quickly to stop the hate raids, but Mango, like CreatineOverdose, evaded Twitch's moderation efforts (and those of the affected streamers) by using fraudulently created "bot" accounts, created for the sole purpose of launching large scale,

automated hate raids.

Twitch submits that there are no facts in dispute since both Mango and CreatineOverdose are in default.

### III.    Legal Issues

Twitch has brought two causes of action against Defendants: (1) breach of contract; and (2) fraud in the inducement. "A claim for breach of contract is comprised of a contract, plaintiff's performance or excuse for nonperformance, defendant's breach, and the resulting damages to plaintiff." *Yelp Inc., v. Catron*, 70 F. Supp. 3d 1082, 1099 (N.D. Cal. 2014). Defendants agreed to the terms, and the terms constituted valid, enforceable contracts. Twitch performed on those contracts by granting Defendants access to Twitch's services, but Defendants breached those contracts by, among other things, engaging in hateful and harassing conduct while using Twitch's services, including by engaging in hate raids, and sharing the private personal information of hate raid victims, despite express prohibitions on such conduct. Finally, Twitch has suffered damages as a direct and proximate result of those breaches, both to investigate the conduct and to develop safeguards against ongoing harassment.

In order to state a claim for fraud in the inducement, the plaintiff must allege: "(a) a misrepresentation (false representation, concealment, or nondisclosure); (b) scienter or knowledge of its falsity; (c) intent to induce reliance; (d) justifiable reliance; and (e) resulting damage." *Parino v. BidRack, Inc.*, 838 F. Supp. 2d 900, 906 (N.D. Cal. 2011) (citing *Lazar v. Super. Ct.*, 909 P.2d 981, 984 (Cal. 1996)). Defendants agreed to be bound by the Terms despite having no intention to abide by the Terms, and despite knowingly making false representations to Twitch regarding the Terms. Defendants intended to induce Twitch's reliance on these intentional misrepresentations, and Twitch justifiably allowed Defendants to register accounts and use Twitch's services. As a result of Defendants' misrepresentations and fraudulent intent, Twitch has suffered damages.

### IV.    Motions

Twitch will be filing a motion for default judgement. Twitch has filed an *Ex Parte* Application to Continue the Case Management Conference for 90 days to allow time for Twitch

-4-

to file the motion for default judgment and allow time for the Court to rule on the motion. Dkt. No. 50.

Dated: January 3, 2023

**PERKINS COIE LLP**

By:/s/ Katherine M. Dugdale
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com

*Attorneys for Plaintiff*
Twitch Interactive, Inc.

CASE MANAGEMENT ORDER

Based on the above CASE MANAGEMENT STATEMENT, the Case Management Conference is continued to April 11, 2023, and all related deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JON S. TIGAR
United States District Judge