UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CREATINEOVERDOSE, et al.,<br><br>   Defendants. | Case No. 21-cv-07006-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 58 |

Pursuant to Civil Local Rule 72-1, this matter is referred to a magistrate judge for a report and recommendation on Plaintiff Twitch Interactive, Inc.'s motion for default judgment. ECF No. 58. Any date for hearing on the referred motion previously noticed on this Court's calendar is vacated.

The parties will be advised of the date, time, and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: May 9, 2023



JON S. TIGAR
United States District Judge