Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANGO, an individual, also known as MANGOBLACKSUNLEGION and MANGOBLACKSUN; and CREATINEOVERDOSE, an individual,<br><br>　　　　　Defendants. | Case No. 4:21-cv-7006-JST (SK)<br><br>**PLAINTIFF TWITCH INTERACTIVE, INC.'S EIGHTH *EX PARTE* APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L. CIV. R. 7-10 and 7-11]**<br><br>Current Case Management Conference<br>Date: October 31, 2023<br>Time: 2:00 p.m.<br>Place: Videoconference Only<br><br>*Honorable Jon S. Tigar* |

-2-

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Twitch Interactive, Inc. ("Twitch") will and hereby does apply to the Court *ex parte* for an additional 30-day extension of the Case Management Conference scheduled for October 31, 2023, and related deadlines, pursuant to Civil Local Rules 7-10 and 7-11. Good cause exists for an additional brief continuance of the Case Management Conference and related deadlines to allow time for the Court to rule on Twitch's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. Dkt. No. 70. The parties could not stipulate to this application, pursuant to Civil Local Rule 7-11(a), because the two remaining defendants, Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun ("Mango"), and CreatineOverdose, an individual, ("CreatineOverdose") are both in default and have failed to participate in the action.

This application is based upon this notice, the following Memorandum of Points and Authorities, the Declaration of Katherine M. Dugdale filed concurrently herewith, all pleadings and papers on file, and such oral argument as may be heard at the hearing on this motion.

Dated: October 25, 2023

**PERKINS COIE LLP**

By:/s/ Katherine M. Dugdale
   Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
   Jacob P. Dini, *pro hac vice*
   JDini@perkinscoie.com

*Attorneys for Plaintiff*
Twitch Interactive, Inc.

## I.     INTRODUCTION

Plaintiff Twitch Interactive, Inc. ("Twitch") sued Defendant Mango, an individual, also known as MangoBlackSunLegion and MangoBlackSun ("Mango"), and CreatineOverdose, an individual, ("CreatineOverdose") (collectively "Defendants") to stop them from using bots and other automated processes to harass members of the Twitch community with racist, sexist, and homophobic content. Twitch filed a Motion for Entry of Default Judgment and a Report and Recommendation was issued on July 20, 2023. Twitch timely sought review of certain findings in the Report and Recommendation. Its Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge ("Motion") was set for hearing on September 21, 2023, which was vacated by the Court. Dkt. No. 74. A continuation of the October 31, 2023 Case Management Conference will allow time for the Court to rule on the Motion.

## II.     ARGUMENT

**A.     Good Cause Exists to Continue the Case Management Conference and Related Deadlines**

In this district, a motion to reschedule the Case Management Conference and related deadlines is a motion for administrative relief governed by Civil Local Rule 7-11. *See, e.g.*, *Chien Van Bui v. City & Cty. of San Francisco*, No. 11-CV-04189-LB, 2018 WL 4959056, at *1 (N.D. Cal. Jan. 31, 2018). A motion to reschedule the Case Management Conference and related deadlines may be granted for good cause. See Fed. R. Civ. P. 6(b)(1).

Good cause exists here. The Case Management Conference is scheduled for October 31, 2023. Dkt. No. 72. A 30-day continuance will allow the Court time to rule on the pending Motion. Accordingly, to enhance judicial efficiency and preserve resources, Twitch respectfully requests that the Case Management Conference be continued approximately 30 days to November 28, 2023, or a date thereafter the Court is available, and that all related deadlines be adjusted accordingly. The parties could not stipulate to this request because Defendants have failed to participate in the action or respond to any attempts to contact them. Declaration of Katherine M. Dugdale ("Dugdale Decl.") ¶ 2. There have been 8 previous scheduling modifications to this case. Dkt. Nos. 23, 30, 34, 39, 52, 56, 61 and 72. The requested continuance will not impact the

schedule of this case as no trial date or other deadlines, apart from the Case Management Conference, have been set. Dugdale Decl. ¶ 3.

### III.   CONCLUSION

For the foregoing reasons, Twitch respectfully requests that the Court grant Twitch's *ex parte* application for a 30-day continuance of the October 31, 2023 Case Management Conference and related deadlines.

Dated:  October 25, 2023                **PERKINS COIE LLP**

By:/s/ Katherine M. Dugdale
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com

*Attorneys for Plaintiff*
Twitch Interactive, Inc.