1
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
2
PERKINS COIE LLP
1888 Century Park East, Suite 1700
3
Los Angeles, California 90067-1721
Telephone: 310.788.9900
4
Facsimile:  310.788.3399

5
Jacob P. Dini, *pro hac vice*
JDini@perkinscoie.com
6
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
7
Seattle, Washington 98101-3099
Telephone: 206.359.8000
8
Facsimile:  206.359.9000

9
Attorneys for Plaintiff
Twitch Interactive, Inc.
10

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13

14
TWITCH INTERACTIVE, INC., a Delaware
corporation,,

Case No. 4:21-cv-7006-JST

15
Plaintiff,

**DECLARATION OF KATHERINE M.
DUGDALE IN SUPPORT OF TWITCH
INTERACTIVE INC.'S EIGHTH *EX
PARTE* APPLICATION CONTINUE
CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES**

16
v.

17
MANGO, an individual, also known as
18
MANGOBLACKSUNLEGION and
MANGOBLACKSUN; and
19
CREATINEOVERDOSE, an individual,

Current Case Management Conference
Date: October 31, 2023
Time: 2:00 p.m.
Place: Videoconference Only

20
Defendants.

21

*Honorable Jon S. Tigar*

22

23

24

25

26

27

28

-1-

164276925.1

1      I, Katherine M. Dugdale, declare as follows:

2      1.      I am an attorney licensed to practice law before the courts of the State of

3    California.  I am an attorney at the law firm of Perkins Coie LLP, counsel for Plaintiff Twitch

4    Interactive, Inc. ("Twitch") in this action.  I submit this declaration based upon my own personal

5    knowledge and, if called upon, could testify competently thereto.

6      2.      The parties in this case could not stipulate to reschedule the Case Management

7    Conference and related deadlines because Mango and CreatineOverdose have failed to participate

8    in the action or respond to any attempts to contact them.

9      3.      There have been eight previous scheduling modifications in this case.  The

10   requested continuance will not impact the schedule of this case as no trial date or other deadlines

11   have been set, apart from the Case Management Conference and related deadlines.

12

13      I declare under penalty of perjury under the laws of the United States that the foregoing is

14   true and correct.

15      Executed at Los Angeles, California this 25th day of October 2023.

16

17      By: /s/ Katherine M. Dugdale
          Katherine M. Dugdale

18

19

20

21

22

23

24

25

26

27

28

-2-

164276925.1