1   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
2   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
3   Los Angeles, California 90067-1721
    Telephone: 310.788.9900
4   Facsimile:  310.788.3399

5   Jacob P. Dini, *pro hac vice*
    JDini@perkinscoie.com
6   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
7   Seattle, Washington 98101-3099
    Telephone: 206.359.8000
8   Facsimile:  206.359.9000

9   Attorneys for Plaintiff
    Twitch Interactive, Inc.
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  TWITCH INTERACTIVE, INC., a Delaware      Case No. 4:21-cv-7006-JST
    corporation,,
15                                             **[PROPOSED] ORDER GRANTING**
                Plaintiff,                     **PLAINTIFF'S EIGHTH *EX PARTE***
16                                             **APPLICATION TO CONTINUE CASE**
         v.                                    **MANAGEMENT CONFERENCE AND**
17                                             **RELATED DEADLINES**
    MANGO, an individual, also known as
18  MANGOBLACKSUNLEGION and                    Current Case Management Conference
    MANGOBLACKSUN; and                         Date: October 31, 2023
19  CREATINEOVERDOSE, an individual,           Time: 2:00 p.m.
                                               Place: Videoconference Only
20              Defendants.
                                               *Honorable Jon S. Tigar*
21

22

23

24

25

26

27

28

-1-

1

**[PROPOSED] ORDER**

2      Now before the Court is Plaintiff Twitch Interactive Inc.'s Eighth *Ex Parte* Application to

3   Continue the Case Management Conference and Related Deadlines.  Having considered Twitch's

4   motion and the pleadings and papers on file in this action, the Court hereby **GRANTS** Twitch's

5   motion.  The Case Management Conference is continued until November 28, 2023, and all related

6   deadlines are adjusted accordingly.

7

8      **IT IS SO ORDERED.**

9

10     Dated: _____                    _____

11                                                        HONORABLE JON S. TIGAR
                                                          United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28