UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CREATINEOVERDOSE, et al.,<br><br>Defendants. | Case No.  21-cv-07006-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 79 |

Pursuant to the Order Granting Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge and Granting Motion for Default Judgment signed February 5, 2024, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 5, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR